UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

06-20327 CR-MIDDLEBROOKS

CASE NO.

18 U.S.C. § 1015(f)
18 U.S.C. § 911
18 U.S.C. § 611

MAGISTRATE JUDGE
BROWN

UNITED STATES OF AMERICA

vs.

FRANCESCA DIROCCO,

Defendant.

_____/



## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about August 2, 2004, in Miami-Dade County, in the Southern District of Florida, the

defendant,

### FRANCESCA DIROCCO,

an alien, knowingly made a false statement and claim that she was a citizen of the United States, in

order to vote in a Federal, state and local election, in that she falsely stated and claimed that she was

a United States citizen when applying to register to vote, in violation of Title 18, United States Code,

Section 1015(f).

### COUNT 2

On or about August 2, 2004, in Miami-Dade County, in the Southern District of Florida, the

defendant,

**FRANCESCA DIROCCO,**

an alien, did falsely and willfully represent herself to be a citizen of the United States, in that she

claimed she was a United States citizen when applying to register to vote, in violation of Title 18,

United States Code, Section 911.

### COUNT 3

On or about November 2, 2004, in Miami-Dade County, in the Southern District of Florida,

the defendant,

**FRANCESCA DIROCCO,**

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for federal office, in violation of Title 18, United States

Code, Section 611.

A TRUE BILL

Foreperson

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

LAUREN E. FLEISCHER
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

vs.

**FRANCESCA DIROCCO,**

_____ **Defendant.** _____ /

06- 2 0 3 2 7 CR-MIDDLEBROOKS

CASE NO. _____

MAGISTRATE JUDGE

**CERTIFICATE OF TRIAL ATTORNEY*** BROWN

**Superseding Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| X | Miami | ____ Key West |
| ____ | FTL | ____ WPB ____ FTP |

New Defendant(s)          Yes _____   No ____
Number of New Defendants  _____
Total number of counts    _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)    No
    List language and/or dialect   _____

4.  This case will take    1    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                        (Check only one)

| | | | | |
|---|---|---|---|---|
| I   | 0 to 5 days    | X    | Petty   | |
| II  | 6 to 10 days   | ____ | Minor   | ____ |
| III | 11 to 20 days  | ____ | Misdem. | ____ |
| IV  | 21 to 60 days  | ____ | Felony  | X |
| V   | 61 days and over | ____ | | |

6.  Has this case been previously filed in this District Court? (Yes or No)    No
    If yes:
    Judge: _____     Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)    No
    If yes:
    Magistrate Case No.              _____
    Related Miscellaneous numbers:   _____
    Defendant(s) in federal custody as of  _____
    Defendant(s) in state custody as of    _____
    Rule 20 from the   _____      District of   _____

    Is this a potential death penalty case? (Yes or No)    No

7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to
    April 1, 2003?  _____  Yes    X   No

8.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to
    April 1, 1999?  _____  Yes    X   No
    If yes, was it pending in the Central Region?    _____  Yes    _____  No

9.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior
    to October 14, 2003?  _____  Yes    X   No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to
    May 18, 2003?       _____  Yes    X   No

_____
LAUREN E. FLEISCHER
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500610

*Penalty Sheet(s) attached

REV.1/14/04

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name:  **FRANCESCA DIROCCO**

Case No: **06 - 20327** CR- MIDDLEBROOKS

**Count 1:**

MAGISTRATE JUDGE
BROWN

False claim of citizenship in order to vote in an election

Title 18, United States Code, Section 1015(f)

\* **Max. Penalty**:  Five  (5)  years' imprisonment

**Count 2:**

False claim of citizenship

Title 18, United States Code, Section 911

\***Max. Penalty:**  Three (3)  years' imprisonment

**Count 3:**

Voting by an alien

Title 18, United States Code, Section 611

\***Max. Penalty:**  One (1)  year' imprisonment

---

\***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**Federal Grand Jury**
**Indictment Number**

05·103·MCN·0297