AO 442   (Rev. 10/03)  Warrant for Arrest

# SOUTHERN UNITED STATES DISTRICT COURT

_____ Southern _____      District of      _____ Florida _____

UNITED STATES OF AMERICA

vs.

FRANCESCA DIROCCO

Defendant.

_____/

**WARRANT FOR ARREST**

06 - 20327 CR MIDDLEBROOKS

Case Number:

MAGISTRATE JUDGE

FILED by ___ D.C.
MAG. SEC.

MAY 2 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        _____ Francesca DiRocco _____
                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with   (brief description of offense)

knowingly making a false statement and claim of citizenship in order to vote in an election; making a false claim of
citizenship, and voting in an election fully knowing that she was not a United States citizen

in violation of      _____ 18 _____   United States Code, Section(s) _____ 1015(f); 911; 611 _____

Clarence Maddox
Name of Issuing Officer

Keith Ferrington
Signature of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

05/23/06, Miami, Fl
Date and Location

Bail fixed at $ _____        by _____
                                                                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | |
|---|---|---|---|
| DATE OF ARREST | | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT:  **FRANCESCA DIROCCO** _____

$50,000.00      10% bond _____
(Surety, Recognizance, Corp. Surety, Cash) (Jail)
CSB   (No Bond) (Warrant) (Summons) (Marshal's Custody)

By:  _____
**LAUREN E. FLEISCHER**
**ASSISTANT UNITED STATES ATTORNEY**

Last Know Address:      180 NE 156th Street, Miami, Florida 33162 _____

_____

What Facility:          _____

Agent(s):           Special Agent Alexander Zarut, ICE _____
(FBI)  (SECRET SERVICE)  (DEA)  (IRS) (CUSTOMS)  (**OTHER**)