# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   06-20327-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA

      Plaintiff,

V.

**FRANCESCA DIROCCO**


**DOB:**      **(J)SURR**
       Defendant.

_____/

## ORDER ON INITIAL APPEARANCE

AUSA __Scott Ray__      Language _____
Agent_____    Tape No. 06FX- __43 - 259__

    The above-named defendant having been arrested on __SURR__ having appeared before the court for initial appearance **on** _____**6/08/06**_____ and proceedings having been held in accordance with **Fed.R.Cr.P.  r. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:

1. __DAVID TUCKER__ appeared as permanent/temporary counsel of record. __#305__
    Address: __2600 Douglas Road, Coral Gables FL__
    Zip Code: __33134__   Telephone: __461- 3627__

2. _____ appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on
    _____, 2006.

4. Arraignment/~~Preliminary/Removal/Identity hearing is set for 10am~~ __held__ , 2006.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____

    A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __10am__ , 2006.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
    __$ 50,000 Personal Surety Bond__

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

FRANCESCA DIROCCO

____a. Surrender all passports and travel document to the Pretrial Services Office.
✓ b. Report to Pretrial Services as follows:____time(s) a week in person; _____time(s) a week by phone ; ____ ✓ as directed; other_____
____c. Submit to random urine testing and/or treatment by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
____d. Maintain or actively seek full time gainful employment.
____e. Maintain or begin an educational program.
____f. Avoid all contact with victims of or witnesses to the crimes charged.
____g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
____h. Comply with the following curfew: _____
____i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
____j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond.  Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release  and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida this ___8TH___ day of __JUNE_____, 2006.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defense  Counsel
   Pretrial Services/Probation