UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06 - 20327 - CI - Middlebrooks

UNITED STATES OF AMERICA,

vs.

Francesca Dirocco

              Defendant.

_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _On Bond_

Language: _____

The above-named Defendant appeared before **Magistrate ANDREA M. SIMONTON.**  The defendant was arraigned and a plea of not guilty was entered.  Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge  assigned to this case.**  The following information is current as of this date:

Defendant:        Address: _____

                            _____

                       Tel. No: _____

Defense Counsel:    Name : _DAVID TUCKER_

                       Address: _2600 Douglas Rd. Douglas Centre # 305 Coral Gables FL 33134_

                       Tel. No: _461 - 3627_

Bond Set/Continued:     _$ 50,000 Personal_

Dated this _8th_ day of _June_ , 2006.

                 CLARENCE MADDOX, CLERK

                 BY _Cherle Griffin_
                      Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services
   Clerk for Judge

TAPE NO. _06FX- 43-259_
DIGITAL START NO. _____