UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,         ) CASE NO.  06-20327-CR-MIDDLEBROOKS
          Plaintiff,                HONORABLE DONALD M. MIDDLEBROOKS

vs.                               )

FRANCESCA DI ROCCO,               )
          Defendants.

## NOTICE OF PERMANENT APPEARANCE OF COUNSEL FOR
## DEFENDANT FRANCESCA DI ROCCO

David K. Tucker, Esq., of the law firm of Tucker & Kotler, P.A., hereby files this Permanent Notice of Appearance on behalf of the Defendant, Francesca Di Rocco.  The undersigned agrees to represent the defendant for all trial proceedings in connection with this matter.  The undersigned hereby states that this appearance is in conformity with the requirements of Local Rule 11.1(D) and Rule 4 of the Special Rules Governing Admission and Practice of Attorneys.  This appearance is for trial purposes only, and does not constitute an appearance in any appellate proceedings.

Counsel acknowledges the responsibility to advise the defendant of the right to appeal and to file a timely Notice of Appeal, if requested to do so by the Defendant.

Respectfully Submitted,

**TUCKER AND KOTLER, P.A.**
*Attorneys for the Defendant*
Douglas Centre, Suite 305
2600 Douglas Road
Coral Gables, Florida 33134-6125
(305) 461-3627 - Office
(305) 461-3628 - Facsimile

By: _____
    DAVID K. TUCKER
    Florida Bar Number: 406023

TUCKER & KOTLER, P.A.   DOUGLAS CENTRE, SUITE 305, 2600 DOUGLAS ROAD, CORAL GABLES, FLORIDA 33134-6125 TEL: (305) 461-3627 FAX: (305) 461-3628

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was hand-delivered this __8__ day of **June, 2006** upon SCOTT RAY, ESQUIRE, AUSA, located at the JLK Federal Justice Building, 99 Northeast Fourth Street, Miami, Florida 33132-2111.

By: _____
DAVID K. TUCKER