UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _O6-20327 CR_



REC'D by _____ D.C.

JUN 15 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA ,

Plaintiff,

vs.

Francesca Di Rocco,

Defendant.

_____/

### CHANGE OF PLEA

On __6/15/06__ the above named defendant appeared in person before the Honorable <u>Donald M. Middlebrooks</u>, United States District Judge, with __David Tucker__, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that _She_ desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s)__3__, of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( )     The Court proceeded to pronounce sentence. (See J&C)

(X)     The Court postponed sentencing until __7/24/06 @ 4:30PM__

(X)     The defendant being allowed to remain on bond until sentencing.

( )     The defendant being remanded to the custody of the U. S. Marshal Service until a _____ bond in the amount of $_____ is approved and posted.

( )     The defendant being remanded to the custody of the U. S. Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

AUSA:__Scott Ray__

Reporter __Susan Suddarth__

Courtroom Deputy __Angela Rodriguez__