PS 8
(5/02)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

Case No. 06-20327-CR-MIDDLEBROOKS



REC'D by _____ D.C.

**JUN 23 2006**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

United States of America

vs.

Francesca Dirocco

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW Katrina R. Jenkins, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Francesca Dirocco, who was placed under pretrial release supervision by the Honorable Andrea M. Simonton sitting in the Court at Miami, on June 8, 2006, under the following conditions:

1. Report to the U.S. Probation Office (Pretrial Services Unit) as directed;
2. Maintain address of record (standard condition); and
3. Travel restricted to the Southern District of Florida (standard condition).

Respectfully presenting petition for action of Court and for cause as follows:

In that, the defendant self-admitted marijuana use after she was released on bond, is participating in private mental health treatment, and she possesses a foreign passport and has ties to a foreign country.

PRAYING THAT THE COURT WILL ORDER modification of bond to include: substance abuse testing and/or treatment, mental health treatment, and to surrender all travel documents and not obtain any during pendency of this case.

ORDER OF COURT

Considered and ordered this __23rd__ day
of __June__, 20 06 and ordered filed
and made a part of the records in the above
case.

_____
Honorable Donald M. Middlebrooks
United States District Judge

cc: U.S. Probation Office (Pretrial Unit)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 16, 2006__

_____
Katrina R. Jenkins
U.S. Probation Officer

Place: Miami, Florida