PS 8
(5/02)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida



Case No. 06-20327-CR-MIDDLEBROOKS

United States of America
           vs.
Francesca Dirocco

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW Katrina R. Jenkins, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Francesca Dirocco, who was placed under pretrial release supervision by the Honorable Andrea M. Simonton sitting in the Court at Miami, on June 8, 2006, under the following conditions:

1. Report to the U.S. Probation Office (Pretrial Services Unit) as directed;
2. Maintain address of record (standard condition); and
3. Travel restricted to the Southern District of Florida (standard condition).

Respectfully presenting petition for action of Court and for cause as follows:

In that, the defendant self-admitted marijuana use after she was released on bond, is participating in private mental health treatment, and she possesses a foreign passport and has ties to a foreign country.

PRAYING THAT THE COURT WILL ORDER modification of bond to include: substance abuse testing and/or treatment, mental health treatment, and to surrender all travel documents and not obtain any during pendency of this case.

ORDER OF COURT

Considered and ordered this ___10___ day of ___July___, 2006 and ordered filed and made a part of the records in the above case.

_____
Honorable Donald M. Middlebrooks
Senior United States District Judge

cc: U.S. Probation Office (Pretrial Unit)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 27, 2006___

_____
Katrina R. Jenkins
U.S. Probation Officer

Place: Miami, Florida