SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 06-20327 CR

DEFENDANT Francesca DiIocco          JUDGE Middlebrooks

Deputy Clerk Angela Rodriguez        DATE 7/25/06

Court Reporter Kay Shires            USPO

AUSA Scott Ray                       Deft's Counsel David Tucker

COUNTS DISMISSED _____

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | — | 0 | _____ |
| | — | | _____ |

Supervised Release _____

_____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | — | 0 | _____ |
| | — | | _____ |

Comments _____

_____

_____

_____

Assessment $ 25.00          Fine $ 250.00

Restitution /Other _____

## CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service

_____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: No imprisonment