USA
US.
Francesca
Dirocco

06- 20327cr

2006 SEP 26 AM 11: 48
S.D. OF FLA - MIA.

No further action required by
the U.S. Marshals Service.

Christina Pharo
UNITED STATES MARSHAL

by: _____
SDUSM   WAYNE PICKERING

# United States District Court

## Southern District of Florida

### MIAMI DIVISION

UNITED STATES OF AMERICA

v.

FRANCESCA DIROCCO

**JUDGMENT IN A CRIMINAL CASE**
**MISDEMEANOR OFFENSE**

Case Number: 06-20327 CR

USM Number: 64944-004

Counsel For Defendant: David Tucker
Counsel For The United States: Scott Ray
Court Reporter: Karl Shires



The defendant pleaded guilty to Count(s) Three of the Indictment.
The defendant is adjudicated guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 611 | Voting By Aliens | 11/2/2004 | Three |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count(s) one and two are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
7/25/2006

DONALD M. MIDDLEBROOKS
United States District Judge

July 26, 2006

DEFENDANT: FRANCESCA DIROCCO
CASE NUMBER: 06-20327 CR

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|:---:|:---:|:---:|
| **$25.00** | **$250.00** | **$0.00** |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.