AO 442   (Rev. 10/03)   Warrant for Arrest

INS2   # 1173507

## SOUTHERN   UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida

UNITED STATES OF AMERICA

vs.

FRANCESCA DIROCCO

Defendant.

_____/

**06-20327 CR-MIDDLEBROOKS**

**WARRANT FOR ARREST**

Case Number:

MAGISTRATE JUDGE
BROWN

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Francesca DiRocco _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of   ☐ Probation   ☐ Supervised Release   ☐ Violation
                                                     court        Violation         Violation              Notice

charging him or her with   (brief description of offense)

knowingly making a false statement and claim of citizenship in order to vote in an election; making a false claim of citizenship, and voting in an election fully knowing that she was not a United States citizen

in violation of _____ 18 _____ United States Code, Section(s) _____ 1015(f); 911; 611 _____

| Clarence Maddox | Court Administrator/Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *signature* | 05/23/06, Miami, Fl |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____   by _____

Name of Judicial Officer

| **RETURN** | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | |
| Subject surrendered to USMS, Miami, FL. | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05-24-06 | AMOS ROJAS JR. | BY:   JOE GODSK |
| DATE OF ARREST | U.S. MARSHAL, SD/FL | SDUSM, SD/FL |
| 06-08-06 | | |